UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| REGINALD A. GREEN, | No. C 12-3952 SI (pr) |
| Plaintiff, | **JUDGMENT** |
| v. | |
| KEVIN FISHER PAULSON, | |
| Defendant. | |

This action is dismissed for lack of subject matter jurisdiction.

IT IS SO ORDERED AND ADJUDGED.

Dated: November 1, 2012

SUSAN ILLSTON
United States District Judge